

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 JUN 14  AM 11: 19

DISTRICT OF UTAH
MAIL

David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| MATTHEW BRIAN YATES<br>TABITHA LEE YATES,<br>    Debtor(s) | Bankruptcy No. 09-28593<br>(Chapter 7)<br>Judge Joel T. Marker |

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

✔ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed.  The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

___ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| 212 | Mid America Bank & Trust<br>5109 S. Broadband Lane<br>Sioux Falls, SD 57109 | $54.42 |

A check in the amount of $54.42 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED this ___9___ day of June, 2011.

                                             DAVID L. MILLER
                                             Chapter 7 Trustee

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 JUN 14  AM 10: 19

DISTRICT OF UTAH
MAIL

David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| MATTHEW BRIAN YATES<br>TABITHA LEE YATES,<br>    Debtor(s) | Bankruptcy No. 09-28593<br>(Chapter 7)<br>Judge Joel T. Marker |



### DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

✔ A      The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

___ B      The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| 212 | Mid America Bank & Trust<br>5109 S. Broadband Lane<br>Sioux Falls, SD 57109 | $54.42 |

A check in the amount of $54.42 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED this ____ day of June, 2011.

/S/
_____
DAVID L. MILLER
Chapter 7 Trustee